

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Dongxing Chi

**Civil Action No.** 26-cv-2540-AGS-SBC

**Petitioner,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On May 11, 2026, the Court held a hearing. For the reasons stated on the record, the habeas petition (ECF 1 ) is denied without prejudice. The case is hereby close.

**Date:** _____ 5/11/26 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>26-cv-2540-AGS-SBC</u>

Respondents:

Jeremy Casey
Warden ofImperial Regional Detention Facility

Patrick Divver
Field Office Director of San Diego ICE Field Office, U.S. Immigration and Customs Enforcement,
Enforcement and Removal Operations

Todd Lyons
Acting Director, U.S. Immigration and Customs Enforcement

Todd Blanche
Acting Attorney General of the United States

Markwayne Mullin
Secretary of Homeland Security